UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re<br><br>HOWREY LLP,<br><br>      Debtor.<br>_____<br>ALLAN B. DIAMOND, Chapter 11 Trustee for Howrey LLP,<br><br>      Plaintiff,<br><br>   v.<br><br>SHEARMAN & STERLING LLP, STEPHEN MAVROGHENIS, TREVOR SOAMES, and GEERT GOETEYN,<br><br>      Defendants. | Case No: C-13-3903 SBA<br><br>**ORDER** |

The Court, having been transferred Defendant Shearman and Sterling LLP's Motion for Withdrawal of Reference, hereby sets the following schedule, pursuant to Bankruptcy Local Rule 5011-2(d):

1. Any party objecting to withdrawal of the reference shall file its opposition, in this Court, on or before September 18, 2013. The brief shall not exceed ten (10) pages.

2. Any party supporting withdrawal of reference shall file a reply brief, in this Court, on or before October 2, 2013. The brief shall not exceed then (10) pages.

3. No hearing on the motion will be held unless this Court issues an Order setting a date and time.

IT IS SO ORDERED.

Dated: 9/4/2013

                                                                          SAUNDRA BROWN ARMSTRONG
                                                                          United States District Judge